**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **TODD GRAY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 2:09-cv-02581-JEO** |
| ) | |
| **JEFFERSON WARRIOR RAILROAD** ) | |
| **COMPANY, INC.; ALABAMA WARRIOR** ) | |
| **RAILWAY, INC.; and WATCO** ) | |
| **COMPANIES, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

On October 1, 2010, the magistrate judge entered a Report and Recommendation, recommending that the Motion of Defendant Jefferson Warrior Railroad Company, Inc., for Partial Dismissal (doc. 15) be denied and its Motion to Strike (*id.*) be granted in part and denied in part.  The magistrate judge further recommended that the Motion of Defendants Alabama Warrior Railway, Inc., and Watco Companies, Inc., for Dismissal (doc. 12) be granted in part and denied in part.  (*See* Report & Recommendation (doc. 23)).

After careful consideration of the record in this case, the magistrate judge's Report and Recommendation, and the objections to it filed by both defendants (docs. 24 & 25), the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendations.

Accordingly, the court hereby **ORDERS** as follows:

1.  Alabama Warrior Railway Company's and Watco Companies's Motion to
    Dismiss Plaintiff's claim that said defendants violated the Railway Labor Act, § 2,
    Fourth (45 U.S.C. § 152) by refusing to hire him (Compl., Count II (¶¶ 27-29)) is

hereby **GRANTED.**  These claims are hereby **DISMISSED WITH PREJUDICE**;

2.      Alabama Warrior's and Watco Companies' Motion to Dismiss Plaintiff's state law claim for civil conspiracy to violate CODE OF ALABAMA § 25-7-33 (Id., Count III (¶¶ 30-31)) is hereby **DENIED**;

3.      Jefferson Warrior's Motion to Dismiss Plaintiff's state law claim for civil conspiracy to violate the same is hereby **DENIED;**

4.      Jefferson Warrior's Motion to Strike Plaintiff's claim for punitive damages is hereby **GRANTED**; and

5.      Jefferson Warrior's Motion to Strike Plaintiff's request for compensatory damages and his jury demand is hereby **DENIED**.

**DONE** and **ORDERED** this 25th day of October 2010.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE